**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 21 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-10257 |
| Plaintiff-Appellee, | D.C. No. 2:14-cr-00288-ROS-1 |
| v. | |
| ALEJANDRO CASTILLO PADILLA, AKA Alejandro Castillo-Padilla, AKA Alejandro Castro Padilla, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Roslyn O. Silver, District Judge, Presiding

Submitted May 18, 2021[**]

Before: CANBY, FRIEDLAND, and VANDYKE, Circuit Judges.

Alejandro Castillo Padilla appeals from the revocation of supervised release

and the 24-month sentence imposed upon revocation. Pursuant to *Anders v.*

*California*, 386 U.S. 738 (1967), Padilla's counsel has filed a brief stating that

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

there are no grounds for relief, along with a motion to withdraw as counsel of record.  Padilla has filed a letter, which we treat as a pro se supplemental brief.  No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.  Padilla's pro se argument that he believed he "had a plea for 13 months," and was unaware that he could be sentenced to 24 months, is belied by the record.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**